FILED

2021 Mar-26  AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **EVERETT LEON STOUT**, | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-CV-00812-CLM-HNJ** |
| | ) | |
| **WARDEN GWENDOLYN** | ) | |
| **GIVENS, et al.**, | ) | |
| **Defendants.** | ) | |

## ORDER

The undersigned hereby recuses himself from further participation in the above-styled action. The Clerk is **DIRECTED** to randomly reassign this case to another district judge in accordance with the clerk's normal procedures.

**DONE** and **ORDERED** this March 26, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE